


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-cr-275-O |
| CHRISTOPHER RAY BISHOP (01) a/k/a "Christian" <br> MARK DAVID WEBSTER (02) <br> MICHAEL KIRK BAUMGARDNER (03) <br> JANICE ANN MCALISTER (04) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before April 2023, and continuing until in and around October 2024, in the Northern District of Texas, and elsewhere, defendants, **Christopher Ray Bishop**, also known as Christian, **Mark David Webster**, **Michael Kirk Baumgardner**, and **Janice Ann McAlister**, along with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1 of 2

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Shawn.Smith2@usdoj.gov

Indictment - Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER RAY BISHOP (01)
a/k/a "Christian"
MARK DAVID WEBSTER (02)
MICHAEL KIRK BAUMGARDNER (03)
JANICE ANN MCALISTER (04)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

_____
DALLAS                                    FOREPERSON

Filed in open court this __29__ day of October, 2024.

--------------------------------------------------------------------------------

**Defendant Webster (02) and Baumgardner (03) in Federal custody; Defendant McAlister (04) on Conditions of Release; Warrants to Issue on defendants Bishop (01) and**

--------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:24-MJ-776-BJ