ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JANICE ANN MCALISTER  (04) | Case No.  4:24-CR-275-O<br>[Supersedes Indictment Returned on Oct 29, 2024,<br>as to defendant Janice Ann McAlister only.] |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before April 2023, and continuing until in and around October 2024, in the Northern District of Texas, and elsewhere, defendant **Janice Ann McAlister**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**Superseding Information - Page 1 of 2**

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: shawn.smith2@usdoj.gov