IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:24-CR-275-O

JANICE ANN MCALISTER (04)

FACTUAL RESUME

SUPERSEDING INFORMATION:   Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

PENALTY: $1,000,000 fine - not more than 20 years' imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

MAXIMUM PENALTY:
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Superseding Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Factual Resume - Page 1

Third:    That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth:    That the overall scope of the conspiracy involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

On October 2, 2024, Janice Ann McAlister conspired with Michael Kirk Baumgardner and others to possess methamphetamine with the intent to distribute. Specifically, Janice Ann McAlister helped Michael Kirk Baumgardner retrieve a quantity of methamphetamine from a warehouse rented and controlled by Christopher Bishop. Michael Kirk Baumgardner was going to distribute the methamphetamine to other coconspirators. In this manner, Janice Ann McAlister conspired with Michael Kirk Baumgardner and others by helping Michael Kirk Baumgardner possess methamphetamine with the intent to distribute.

SIGNED this _____ day of _____, 2024.

_____  _____
JANICE ANN MCALISTER              ROSE ROMERO
Defendant                         Counsel for Defendant

Factual Resume - Page 2